AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Jennifer M. Anderson | ) | |
| *Plaintiff/Petitioner* | ) | Civil Action No. 1:20 CV 2660 |
| v. | ) | JUDGE POLSTER |
| Office Depot, Inc. | ) | MAG. JUDGE GREENBERG |
| *Defendant/Respondent* | ) | |

FILED NOV 27 2020 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are: $ ____0.00____, and my take-home pay or wages are: $ ____0.00____ per
*(specify pay period)* ____month____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☑ Yes | ☐ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
I receive SNAP benefits, including food stamps and a $25.00 check each month for car expenses. I received $1,300.00 in gifts from family over past 12 months, which were used to help pay bills. I don't know if relatives will give me that much money next year.

4. Amount of money that I have in cash or in a checking or savings account: $ _____15.00_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
2013 Hyundai Elantra, Trade in value is $6,471.00 (based on kbb.com).

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
I'm staying at a relative's house for free.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
I owe about $15,000 in student loans and am not making payments on them currently. I have several credit cards and owe more on my credit cards than what I owe on my student loans. I can provide documentation of my debt if necessary.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____11/23/2020_____

*Jennifer M. Anderson*
*Applicant's signature*

_____Jennifer M. Anderson_____
*Printed name*