EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 451-2019-03264 |

Ohio Civil Rights Commission and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Jennifer Anderson | (440) 665-6759 | 10/21/1983 |

Street Address: 29581 Shaker Dr., Wickliffe, OH 44092

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| OFFICE DEPOT | Unknown | 512-795-9700 |

Street Address: 4501 W Braker Lane, Austin, TX 78759

RECEIVED NOV 25 2019 EEOC-CLEO

DISCRIMINATION BASED ON:
[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2017   Latest: 01-31-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I started working for Office Depot in 2017; as a Sales Consultant.

I am an individual with a disability, which the Respondent is aware of.

Since the beginning of my employment and continuing I have been treated less favorably than similarly situated employees by being constantly harassed and denied a reasonable accommodation; I complained and was disciplined. On January 31, 2019, I was discharged.

I believe that I have been discriminated against due to my disability, in violation of Title I of the Americans with Disabilities Act of 1990, as Amended (ADA) and retaliated against for participating in a protected activity.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11/25/2019  *Jennifer Anderson*
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)