# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER M. ANDERSON,** | ) | **CASE NO. 1:20 CV 2660** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| **OFFICE DEPOT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Jennifer M. Anderson has filed a motion to proceed in this matter *in forma pauperis* (Doc. # 2). The motion is granted..

**IT IS SO ORDERED**.

 s/Dan Aaron Polster     1/25/2021
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**